Alberta W. Hunsberger and Julia W. Snead, Appellees, v. G. Clayton Mitchell et al., Defendants. James B. McKeon, Appellee, v. Leonard M. Bernard, Defendant.

Gen. No. 43,794.

opinion filed February 17, 1948; released for publication March 9, 1948. John T. Kelly and Joseph T. Tyrrell, for appellant; Eckhart, Klein, McSwain & Campbell,

for certain appellees; John Neal Campbell, of counsel; Culver & Mendelson, and David H. Kraft, for certain other appellees; James B. McKeon, David H. Kraft, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.